# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3539
_____

COLBERT GLENN PILGRIM,

    Appellant,

v.

DAVID E. LEWIS and
ARCHITECTURAL GUTTER
SYSTEMS, LLC,

    Appellee.

_____

On appeal from the County Court for Okaloosa County.
Jim Ward, Judge.

February 22, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Colbert Glenn Pilgrim, pro se, Appellant.

No appearance for Appellee.